UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD ZIEGLER,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>        Defendant. | NO. CV-11-0088-EFS<br><br>**ORDER DISMISSING LAWSUIT AND CLOSING FILE** |

On August 4, 2011, the Court entered an Order to Show Cause Re: Dismissal which was directed towards *pro se* Plaintiff Richard Ziegler. ECF No. 11. Since this action was removed by Defendant Pacific Maritime Association, Mr. Ziegler has not participated in this lawsuit: he failed to 1) submit a status certificate as required by the Court's Notice Setting Scheduling Conference, ECF No. 4; 2) participate in the August 4, 2011 scheduling conference, ECF No. 10; 3) respond to the Court's show-cause Order, ECF No. 11; and 4) provide the Clerk's Office with a current address, EC Nos. 12 & 13. Because Mr. Ziegler failed to prosecute his lawsuit, the Court finds dismissal is appropriate. *See* Fed. R. Civ. P. 41(b), 16(f)(1), & 37(b)(2)(A)(v); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) ("[A] [d]istrict [c]ourt may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. **Judgment** is to be entered in Defendant's favor **with prejudice**.
2. All pending deadlines and hearings are **STRICKEN**.
3. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to Mr. Ziegler and counsel.

**DATED** this ___12th___ day of September 2011.

```
                    s/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge
```

Q:\Civil\2011\0088.dismiss.lc1.frm

ORDER ~ 2